# CITY OF OAKLAND



ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney  
John A. Russo  
City Attorney  
Arlene M. Rosen  
Senior Deputy City Attorney

June 3, 2005

(510) 238-3601  
FAX: (510) 238-6500  
TTY/TDD: (510) 238-3254  
(510) 637-0360

Honorable James Larson  
United States District Court  
Courtroom F  
Federal Building, 15th Floor  
450 Golden Gate Avenue  
San Francisco, CA 94102

*IT IS SO ORDERED*  
*Magistrate Judge James Larson*

Re: Julio Alas v. Union Pacific Corp., et al.  
United States District Court No. C-04-1114-SBA(JL)  
Our File No. C23357

Dear Judge Larson:

This letter will confirm that the parties have agreed to continue the Settlement Conference set for June 17, 2005 to **July 13, 2005 at 2:00 p.m.** with confidential settlement conference statements to be delivered to chambers at least seven calendar days before the Settlement Conference.

Thank you for the Court's courtesy in granting this continuance.

Very truly yours,

JOHN A. RUSSO  
City Attorney

By: *[signature]*  
ARLENE M. ROSEN  
Senior Deputy City Attorney

AMR:bjw  
343058

cc: H. Larry Elam, III, Esq.  
    B. Clyde Hutchinson, Esq.