1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar No. 100160
3  One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California 94612
   Telephone: (510) 637-0360          Fax:  (510) 238-6500
5  23357/347432

6  Attorneys for Defendant
7  City of Oakland

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11  JULIO ALAS,                              Case No.   C-04-01114-SBA
12                  Plaintiff,               SUBSTITUTION OF ATTORNEY
13        v.
14  UNION PACIFIC CORPORATION, et al.,
15                  Defendants.
16

17

18        THE COURT AND ALL PARTIES ARE NOTIFIED THAT DEFENDANT CITY

19  OF OAKLAND makes the following substitution of attorney:

20        FORMER REPRESENTATIVE:  RACHEL WAGNER, Supervising Trial

21  Attorney;

22  ///

23  ///

24  ///

25  ///

26  ///

1

2           NEW REPRESENTATIVE:   ARLENE M. ROSEN, Senior Deputy City

Attorney, whose address is:

3

4                  Office of the City Attorney

5                  One Frank H. Ogawa Plaza, Sixth Floor

                Oakland, CA  94612

6

7  DATED:  September 7, 2005          OFFICE OF THE CITY ATTORNEY

8

9                By: _____

10                ARLENE M. ROSEN

              Senior Deputy City Attorney

11

12

13  DATED: September 7, 2005          OFFICE OF THE CITY ATTORNEY

14                By: _____

15                RACHEL WAGNER

16

17  **SUBSTITUTION OF ATTORNEY IS HEREBY GRANTED:**

18

19  DATED: ___9-12-05_____

20

21                _____

              SAUNDRA BROWN-ARMSTRONG

              United States District Judge

22

23

24

25

26