B. CLYDE HUTCHINSON, State Bar No. 037526
R. JAMES ELIASSEN, State Bar No. 226868
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION, dba Amtrak, and
UNION PACIFIC RAILROAD COMPANY(erroneously sued as "Union Pacific Corporation, independently and dba Union Pacific Railway and Amtrak, and Southern Pacific Railroad")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JULIO ALAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION PACIFIC CORPORATION, et al.<br><br>    Defendants. | No. C04-01114 SBA ARB<br><br>**ORDER GRANTING NATIONAL RAILROAD PASSENGER CORPORATION'S AND UNION PACIFIC RAILROAD COMPANY'S EX PARTE APPLICATION FOR ORDER TO LENGTHEN TIME FOR MOTION HEARING CUTOFF DATE**<br><br>Hearing Cutoff: September 27, 2005 |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

13249-31719 RJE 506448.1                                   1                                   **Case No. C04-01114 SBA ARB**
**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR
ORDER TO LENGTHEN TIME FOR MOTION HEARING CUTOFF DATE**

1   Defendants National Railroad Passenger Corporation's ("Amtrak") and Union Pacific
2   Railroad Company's ("Union Pacific") Ex Parte Application for Order to Lengthen Time for
3   Motion Cutoff Hearing Date has been decided, without oral argument, pursuant to Northern
4   District of California Local Rules 6-3(d), 7-10, 7-11, and the Honorable Saundra B. Armstrong's
5   Motion Scheduling Order.  Having read and considered the moving papers, with no opposition
6   received, good cause appearing,

7   IT IS HEREBY ORDERED:

8   1. Amtrak's and Union Pacific's Ex Parte Application for Order to Lengthen Time for
9      Motion Hearing Cutoff is **GRANTED.**

10  2. The Motion Hearing Cutoff Date is continued through October 25, 2005.

DATED: 9-21-05                        UNITED STATES DISTRICT COURT



By:_____
    THE HONORABLE SAUNDRA B. ARMSTRONG

---

13249-31719 RJE 506448.1                 2                    **Case No. C04-01114 SBA ARB**
**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR
ORDER TO LENGTHEN TIME FOR MOTION HEARING CUTOFF DATE**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699