IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALAS, | No. C 04-01114 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNION PACIFIC CORPORATION, | |
| Defendant. | |

The parties hereto, by their counsel, having advised the Court that they have reached an agreed-upon settlement to the dismissal of this cause,

IT IS HEREBY ORDERED that this cause be dismissed.

Dated: 9/30/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge